IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**KEITH BRUNO TITSWORTH,**

      **Petitioner,**

v.                 No. 22-CV-381-JFH-GLJ

**STEVEN HARPE, DOC Director,**

      **Respondent.**

## OPINION AND ORDER

This matter is before the Court on Petitioner Keith Bruno Titsworth's motion for relief from a judgment or order pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Dkt. No. 12. On December 29, 2022, Titsworth, a pro se prisoner who is incarcerated at Lawton Correctional Facility, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. He challenged his conviction in Pontotoc County District Court Case No. CF-2011-362, alleging the State lacked subject-matter jurisdiction to prosecute him. Dkt. No. 1 at 5; Dkt. 2 at 4.

On January 3, 2023, the Court directed Titsworth to submit a proper amended petition for writ of habeas corpus [Dkt. No. 4], and on January 18, 2023, he was directed to submit a motion for leave to proceed *in forma pauperis* or pay the $5.00 filing fee [Dkt. No. 5].

On January 20, 2023, Titsworth submitted an *in forma pauperis* motion. Dkt. No. 6. On January 23, 2023, the motion was denied, and Titsworth was directed to submit the $5.00 filing fee by February 13, 2023. *Id.* On February 1, 2023, Titsworth filed a motion for extension of time to file an amended petition, which was granted on that same date. Dkt. No. 8; Dkt. No. 9. The amended petition was due by March 1, 2023. Dkt. No. 9. On April 19, 2023, this action was

dismissed without prejudice for Titsworth's failure to pay the filing fee, and judgment was entered. Dkt. No. 10, 11.

On May 10, 2023, Titsworth filed a letter concerning his filing fee, which was construed as a motion.  Dkt. No. 12; Dkt. No. 13.  He alleged that it was his understanding that the filing fee was paid before February 13, 2023.  Dkt. No. 12 at 1.  He claimed he had written the Court Clerk requesting a receipt, but he did not receive a response.  *Id.*  He further asserted that his case manager advised him that his payment request was sent, and it was not returned.  *Id*.  Titsworth claimed that either the Court Clerk or his facility had made a mistake, and he had no control of the payment procedure.  *Id*.  He requested that he be permitted to pay the filing fee again.  *Id.* at 2.

On May 15, 2023, the Court advised Titsworth that it had diligently searched its records and found no record of his paying the filing fee.  Dkt. No. 14 at 2.  Therefore, he was directed to submit by May 29, 2023, a copy of his Inmate Account History or other prison disbursement record showing that the $5.00 filing fee for this case was sent to the Court.  *Id.*  After an extension of the deadline [Dkt. No. 15; Dkt. No. 16], Petitioner advised he had learned that the filing fee actually was not sent to the Court because he lacked funds in his trust account, but payment could be made with his savings account.  Dkt. No. 17.  Petitioner submitted the $5.00 filing fee on August 4, 2023.

Rule 60(b) of the Federal Rules of Civil Procedure states:

(b) Grounds for Relief from a Final Judgment, Order, or Proceeding.  On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

2

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b).  Petitioner's claim falls under Rule 60(b)(1).

After careful review, the Court finds that this case should be reopened, and Titsworth's submitted $5.00 filing fee should be accepted.  Therefore, his motion pursuant to Rule 60(b)(1) is granted.  In addition, Titsworth is directed to file his amended petition for a writ of habeas corpus no later than August 30, 2023, 2023.  The Court Clerk is directed to send Titsworth a copy of the form for filing an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

IT IS THEREFORE ORDERED that:

1. This case is reopened.

2. Titsworth's motion pursuant to Rule 60(b)(1) [Dkt. No. 12] is granted.

3. The Court Clerk is directed to accept Titsworth's submitted $5.00 filing fee.

4. The Court Clerk is directed to send Titsworth a copy of the form for filing an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

5. Titsworth is directed to file an amended petition for a writ of habeas corpus on this Court's form no later than August 30, 2023, 2023.

Dated this 9th day of August 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE